IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY HAMMOND MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| vs. | ) | 1:22-cv-58 |
| | ) | |
| LESPORTSAC, INC., | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF SETTLEMENT ON A CLASS ACTION BASIS

Plaintiff Anthony Hammond Murphy and Defendant LeSportsac, Inc., by and through undersigned counsel, hereby notify the Court that they have reached an agreement in principle to resolve Plaintiff's claims. To this end, the parties state:

1. The Court entered a Case Management Order ("CMO") on April 25, 2022.

2. Since the CMO, the parties have agreed to resolve Plaintiffs' claims on a class action basis.

3. The Parties anticipate finalizing a settlement agreement and Plaintiff anticipates moving for preliminary approval within 45 days of this notice, or July 18, 2022.

4. If Plaintiff is unable to move for preliminary approval on or before July 18, 2022, the parties will file a joint status report advising the Court of the case's status.

4. In light of the forgoing, the parties respectfully request that the Court stay this case and adjourn all deadlines until and through July 18, 2022.

| | |
|---|---|
| June 3, 2022 | Respectfully submitted, |
| /s/Lawrence H. Fisher | /s/J. David Zeigler |
| Lawrence H. Fisher | J. David Ziegler |
| Pa Bar No.67667 | Pa. I.D. No. 92882 |
| One Oxford Centre | DICKIE, McCAMEY & CHILCOTE, P.C. |
| 301 Grant St., Suite 270 | Two PPG Place, Suite 400 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |

Telephone: (412) 577-4040  
lawfirst@lawrencefisher.com

Telephone: (412) 281-7272  
Fax: (888) 811-7144  
dziegler@dmclaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, June 3, 2022, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully submitted,

Dated: June 3, 2022                                    */s/ Lawrence Fisher*
                                                                    Lawrence Fisher