## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>LE SPORTSAC, INC.,<br><br>Defendant. | Civil Action No.1:22-cv-00058 |

## PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES AND INCENTIVE AWARD

Plaintiff Anthony Hammond Murphy, on behalf of himself and all similarly situated individuals, by and through undersigned counsel, hereby moves for entry of an order awarding attorneys' fees and an incentive award.

1.      In support, Plaintiff submits the accompanying Brief in Support of Plaintiff's Unopposed Motion for Attorneys' Fees and Incentive Award, the Declaration of Kevin Tucker, one of Plaintiff's counsel, and a proposed order.

2.      Defendant does not oppose the relief sought in this motion.

Respectfully submitted,

Dated: May 15, 2023

/s/ Stephanie Moore
Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (PA 320659)
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com

1

kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

Lawrence H. Fisher (PA 67667)
**LAWFIRST**
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Tel. (412) 577-4040
lawfirst@lawrencefisher.com

*Counsel for Plaintiff and Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 15, 2023, a true and correct copy of the foregoing document was filed and served by way of the Court's CM/ECF system on counsel of record.


Dated: May 15, 2023                                  */s/ Stephanie Moore*
                                                     Stephanie Moore