UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>LE SPORTSAC, INC.,<br><br>Defendant. | Civil Action No. 1:22-cv-00058 |

## DECLARATION OF KEVIN TUCKER

I, Kevin Tucker, under penalty of perjury under the laws of the United States of America, affirm and state as follows:

1. I have personal knowledge as to all matters set forth in this declaration and could testify to the same if called to do so.

2. I am a co-founder of East End Trial Group LLC and work as an attorney for the firm. I am a consumer and civil rights attorney experienced in prosecuting actions under federal and state consumer protection and anti-discrimination statutes. I am a graduate of the University of Michigan with degrees in English and Anthropology, and of the University of Pittsburgh School of Law, for which I serve as Vice President of its Alumni Board of Governors. My resume was previously filed in this case. (*See* Doc. 36-3.)

3. I am a member in good standing of the Pennsylvania bar. I am admitted to practice before the Third and Ninth Circuit Courts of Appeals and before the following federal courts: the Eastern, Middle, and Western Districts of Pennsylvania, the Northern and Western Districts of New York, the Northern District of Illinois, and the Eastern District of Michigan.

1

4. I previously chaired the Allegheny County Bar Association's Civil Rights Litigation Committee.

5. Before founding East End Trial Group LLC, I was a partner at Carlson Lynch LLP, a national plaintiffs-side class action law firm based in Pittsburgh, PA. The Legal Intelligencer named Carlson Lynch the Litigation Department of the Year in 2019 for work the firm did while I was a member of the Carlson Lynch team.

6. Since 2016, I have helped prosecute actions on behalf of consumers.

7. This work includes having served as a committee member representing plaintiffs in *In Re FedLoan Student Loan Servicing Litigation*, MDL 2833 (E.D. Pa.) ("*FedLoan*") and *In Re Equifax, Inc. Customer Data Security Breach Litigation*, MDL 2800 (N.D. Ga.) ("*Equifax*").

8. In *FedLoan*, I served as a committee member for the leadership team prosecuting claims against the United States Department of Education and one of the country's largest student loan servicers on behalf of a putative nationwide class of student loan borrowers. This committee work included investigating the factual backgrounds of putative class representatives, identifying the common policies and practices by which they were harmed, and drafting the consolidated complaint's allegations from this information.

9. In *Equifax*, I served as a committee member for a leadership team that secured a $30 million recovery for a putative class of financial institutions for injuries they suffered as a result of a 2017 data breach. *See* Unopposed Motion for Settlement, *In Re Equifax, Inc. Customer Data Security Breach Litigation*, MDL 2800, ECF 1107 (N.D. Ga. May 15, 2020). My contributions centered on research into third-party information sources, including document requests for public filings, congressional testimony, and independent news coverage.

10.     In addition to litigating class actions generally, I have litigated Title III digital accessibility claims since 2016, helping to secure landmark decisions across the country confirming public accommodations have a legal obligation to make digital content fully and equally accessible to everyone. *See, e.g.*, *Gniewkowski v. Lettuce Entertain You Enters., Inc.*, 251 F. Supp. 3d 908 (W.D. Pa. 2017); *Access Now, Inc. v. Otter Prods., LLC*, 280 F. Supp. 3d 287 (D. Mass. 2017); *Access Now, Inc. v. Blue Apron, LLC*, No. 17-cv-00116, 2017 U.S. Dist. LEXIS 185112 (D.N.H. Nov. 8, 2017); *Gathers v. 1-800-Flowers.com, Inc.*, No. 17-cv-10273, 2018 U.S. Dist. LEXIS 22230 (D. Mass. Feb. 12, 2018); *Access Now, Inc. v. Sportswear, Inc.*, 298 F. Supp. 3d 296 (D. Mass. 2018); *Murphy v. Bob Cochran Motors, Inc.*, No. 1:19-cv-00239, 2020 U.S. Dist. LEXIS 139887 (W.D. Pa. Aug. 4, 2020), *adopted by, motion denied by, objection overruled by* 2020 U.S. Dist. LEXIS 177593 (W.D. Pa. Sept. 28, 2020).

11.     More recently, I have been appointed class counsel in five Title III class actions concerning digital accessibility. *See Douglass v. Optavia LLC*, No. 2:22-cv-00594, Doc. 38, p. 3 (W.D. Pa. Jan. 23, 2023) (Wiegand, J.); *Murphy v. The Hundreds Is Huge, Inc.*, No. 1:21-cv-00204, Doc. 41, p. 3 (W.D. Pa. Nov. 17, 2022) (Lanzillo, J.); *Giannaros v. Poly-Wood, LLC*, No. 1:21-cv-10351, Doc. 45, p. 2 (D. Mass. Oct. 27, 2022) (Young, J.); *Murphy v. Charles Tyrwhitt, Inc.*, No. 1:20-cv-00056, Doc. 47, p. 3 (W.D. Pa. Feb. 16, 2022) (Baxter, J.); *Murphy v. Eyebobs, LLC*, No. 1:21-cv-00017, Doc. 49, p. 3 (W.D. Pa. Feb. 9, 2022) (Lanzillo, J.).

**OVERVIEW OF EFFORTS ON BEHALF OF PLAINTIFF AND THE CLASS**

12.     Class Counsel have pursued this case on behalf of Plaintiff since the beginning of 2022, when Plaintiff engaged Class Counsel to bring discrimination claims against Defendant for its inaccessible online store. Since the start of his involvement, Plaintiff has been an exemplary class representative. He has provided Class Counsel with information concerning the access and

communication barriers he encountered upon browsing Defendant's online store, reviewed pleadings, reviewed the proposed settlements terms, and approved the Agreement submitted to the Court. (Doc. 36-1.) He is aware of his duties as a class representative and has performed them adequately and in a timely manner.

13.     Class Counsel have not been compensated for the work performed on this case, which has required Class Counsel to spend substantial time on this litigation that could have been spent on other matters. The work performed by Class Counsel in this case includes, but is not limited to the following:

(a)     Class Counsel completed multiple investigations into the accessibility of Defendant's online store to consumers who use VoiceOver on iPhone and other Apple devices to access digital content. "VoiceOver is an industry-leading screen reader that tells you exactly what's happening on your device." *Accessibility*, Apple, https://www.apple.com/accessibility/vision/ (last visited May 12, 2023).

(b)     Class Counsel investigated the accessibility of Defendant's online store to consumers who use JAWS to access digital content from computers. "JAWS, Job Access With Speech, is the world's most popular screen reader, developed for computer users whose vision loss prevents them from seeing screen content or navigating with a mouse. JAWS provides speech and Braille output for the most popular computer applications on your PC. You will be able to navigate the Internet, write a document, read an email and create presentations from your office, remote desktop, or from home." *JAWS®*, Freedom Scientific, https://www.freedomscientific.com/products/software/jaws/ (last visited May 12, 2023).

(c)     Class Counsel drafted the Nationwide Class Action Complaint. (Doc. 1.)

(d) Class Counsel successfully moved for preliminary class certification on behalf of "all Blind or Visually Disabled individuals who use screen reader auxiliary aids to navigate digital content and who have accessed, attempted to access, or been deterred from attempting to access, or who will access, attempt to access, or be deterred from attempting to access [https://www.lesportsac.com/] from the United States." (Doc. 36, p. 2.).

(e) Class Counsel engaged in months of arm's-length, serious, informed, and non-collusive negotiations with knowledgeable and experienced counsel. These negotiations were adversarial and required thoughtfulness and discipline to steer the action toward a resolution without compromising the injunctive relief sought on behalf of the Settlement Class Members.

(f) On April 5, 2023, as required by the Agreement and ordered by the Court, Class Counsel notified the following organizations of the Agreement, the settlement website published by Defendant, the objection deadline, and various other documents filed in the course of this litigation: ACHIEVA, American Action Fund for Blind Children and Adults, American Council of the Blind, American Foundation for the Blind, Blinded American Veterans Foundation, Blinded Veterans Association, Foundation Fighting Blindness, Civil Rights Education and Enforcement Center, Disability Law Center, Disability Rights Education and Defense Fund, and National Federation of the Blind.

(g) On April 5, 2023, Class Counsel also notified the following organizations of the Agreement, the settlement website published by Defendant, the objection deadline, and various other documents filed in the course of this litigation: Lighthouse Guild International, Blind and Vision Rehabilitation Services of Pittsburgh, Pennsylvania Association for the Blind, Beaver County Association for the Blind, Blair/Clearfield Association for the Blind and Visually Impaired, Bucks County Association for the Blind and Visually Impaired, Cambria County

Association for the Blind & Handicapped, Center for the Blind and Visually Impaired, Central Susquehanna Sight Services, Chester County Association for the Blind and Visually Impaired, Community Services for Sight, Fayette County Association for the Blind, Guide Dogs for the Blind Keystone Blind Association, Lackawanna Blind Association, Montgomery County Association for the Blind, National Council on Disability North Central Sight Services, Northeast Sight Services, NuVisions Center, Sights for Hope, South Central Blind Association, The Blind Association of Butler and Armstrong, The Sight Center of Northwest PA, Venango County Association for the Blind, Vision Resource Center of Berks County, Vision Resources of Central Pennsylvania, Vision Services of Washington-Greene, VisionCorps, VisionLink, and Westmoreland County Blind Association.

   (h) Class Counsel prepared and filed Plaintiff's final approval motion and supporting documents.

   (i) Class Counsel prepared and filed Plaintiff's Motion for Attorneys' Fees and Incentive Award and supporting documents.

   (j) In addition to the above efforts, the Agreement includes deadlines during the Agreement Term by which Class Counsel must complete various tasks, other obligations that occur annually, and potentially unlimited representation of Settlement Class Members over the next three years, including during informal meet-and-confers with defense counsel, at mediation, and before the Court.

## CLASS COUNSEL'S SUBMITTED LODESTAR

14. Class Counsel have spent a total of 185.3 hours prosecuting Plaintiff's claim through today's date.

15. When applied to Class Counsel's hourly rates, Plaintiff's lodestar is $96,547.50.

| East End Trial Group LLC | | | | | |
|---|---:|---:|---:|---:|---:|
| **Professional** | **2022 Rate** | **Hours** | **2023 Rate** | **Hours** | **Lodestar** |
| Kevin Tucker, Esq. | $600 | 50.3 | $600 | 15.6 | $39,540.00 |
| Kevin Abramowicz, Esq. | $600 | 4.7 | $600 | 0 | $2,820.00 |
| Lawrence Fisher, Esq. | $600 | 30.2 | $600 | 4.8 | $21,000.00 |
| Chandler Steiger, Esq. | $400 | 21.2 | $425 | 13.6 | $14,260.00 |
| Stephanie Moore, Esq. | $400 | 6.2 | $425 | 38.7 | $18,927.50 |
| | | | | **Total Hours** | **Total Lodestar** |
| | | | | 185.3 | $96,547.50 |

16. Plaintiff seeks $45,000.00 as a prevailing party attorneys' fee, which amounts to 46.61% of Class Counsel's lodestar to date.

17. Time sheets reflecting work billed on behalf of Plaintiff and the class accompany this declaration.

## COSTS AND EXPENSES

18. Class Counsel do not seek reimbursement for the costs incurred in connection with this action.

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: May 15, 2023            */s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him) (PA 312144)
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com

7

**Class Counsel's Time Sheets**

| Date | Timekeeper | Task Description | Hourly Rate ($) | Hours Worked | Fee ($) |
|---|---|---|---|---|---|
| 1/21/2022 | K. Tucker | Review email from C. Steiger to L. Fisher re complaint | $ 600.00 | 0.1 | $ 60.00 |
| 1/21/2022 | C. Steiger | Email to L. Fisher re complaint against Le Sportsac Inc. | $ 400.00 | 0.5 | $ 200.00 |
| 1/26/2022 | K. Tucker | Email to L. Fisher re complaint | $ 600.00 | 0.2 | $ 120.00 |
| 1/26/2022 | K. Tucker | Review email from S. Moore to L. Fisher re service | $ 600.00 | 0.1 | $ 60.00 |
| 1/26/2022 | L. Fisher | Review end-user test of potential Defendant website accessibility barriers to screen reader technology; consult with client, confer with KT re same; Perform end-user testing assessing website accessibility barriers to screen reader technology; additional consult with client, additional conferral with KT re same; set up file upon determination website and Defendant violate the ADA | $ 600.00 | 2.9 | $ 1,740.00 |
| 1/26/2022 | S. Moore | Email to L. Fisher re defendant's mailing address and registered agent | $ 400.00 | 0.2 | $ 80.00 |
| 1/27/2022 | L. Fisher | Review registered agent information for service of process against Defendant owner operator of violating website; conform existing complaint template to allege existing website accessibility barriers to screen reader technology, including especially inclusion of video links depicting barriers review proper incorporation of video links as not previously included in prior ADA website accessibility Complaints) | $ 600.00 | 4.75 | $ 2,850.00 |
| 1/28/2022 | L. Fisher | Draft Civil Coversheet; draft summons; draft email to Defendant seeking waiver of service of summons (draft and supply Notice and Waiver) -- contact process server for service of summons if defendant does not waive | $ 600.00 | 2.25 | $ 1,350.00 |
| 2/13/2022 | L. Fisher | Discussion with client re his additional assessment and review of website; his specific experience with this particular website, verification of complaint allegations and approval for filing of lawsuit; Revise, edit, finalize and format all documents for filing, including especially Complaint | $ 600.00 | 3.9 | $ 2,340.00 |
| 2/16/2022 | L. Fisher | File Complaint, Civil Coversheet, Summons; email Defendant requesting waiver of service of summons; update KT; update client; download documents forward by Court via ECF email; write to company seeking waiver of service | $ 600.00 | 1.1 | $ 660.00 |
| 3/2/2022 | L. Fisher | Process and pay for service of process; send matter out for service | $ 600.00 | 0.75 | $ 450.00 |
| 3/4/2022 | L. Fisher | File Return of Summons Served with Court | $ 600.00 | 0.5 | $ 300.00 |
| 3/23/2022 | K. Tucker | Review email from L. Fisher re Answer | $ 600.00 | 0.1 | $ 60.00 |
| 3/23/2022 | K. Tucker | Review defendant's Answer | $ 600.00 | 0.5 | $ 300.00 |
| 3/23/2022 | K. Tucker | Email to L. Fisher re defendant's counsel | $ 600.00 | 0.1 | $ 60.00 |
| 3/23/2022 | L. Fisher | Review Answer and Affirmative Defenses | $ 600.00 | 1 | $ 600.00 |
| 3/24/2022 | L. Fisher | Review initial sheduling order of court | $ 600.00 | 0.25 | $ 150.00 |
| 3/31/2022 | L. Fisher | Email to/from counsel for defendant re meet and confer | $ 600.00 | 0.1 | $ 60.00 |

| Date | Attorney | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/6/2022 | L. Fisher | Consent to Magistrate | $ 600.00 | 0.3 | $ 180.00 |
| 4/7/2022 | L. Fisher | Draft and circulate for review Joint Report for Case Management conference | $ 600.00 | 1.3 | $ 780.00 |
| 4/19/2022 | L. Fisher | Finalize and file Joint Rule 26 Report | $ 600.00 | 1 | $ 600.00 |
| 4/20/2022 | K. Tucker | Discussion with L. Fisher re case update and possible resolution | $ 600.00 | 0.5 | $ 300.00 |
| 4/20/2022 | K. Tucker | Review L. Fisher email to D. Ziegler re potential resolution | $ 600.00 | 0.1 | $ 60.00 |
| 4/21/2022 | K. Tucker | Conference call with L. Fisher, D. Ziegler, and S. Cerrone re case and potential resolution | $ 600.00 | 0.7 | $ 420.00 |
| 4/21/2022 | K. Tucker | 408 email to D. Ziegler | $ 600.00 | 0.3 | $ 180.00 |
| 4/26/2022 | K. Tucker | Follow up email to D. Ziegler | $ 600.00 | 0.1 | $ 60.00 |
| 4/26/2022 | K. Tucker | Review 408 email from D. Ziegler | $ 600.00 | 0.1 | $ 60.00 |
| 4/29/2022 | K. Tucker | Review 408 email from D. Ziegler | $ 600.00 | 0.1 | $ 60.00 |
| 4/29/2022 | K. Tucker | 408 email to D. Ziegler | $ 600.00 | 0.1 | $ 60.00 |
| 4/29/2022 | K. Tucker | Review 408 email from D. Ziegler | $ 600.00 | 0.1 | $ 60.00 |
| 4/29/2022 | K. Tucker | Review 408 email from D. Ziegler | $ 600.00 | 0.2 | $ 120.00 |
| 5/5/2022 | K. Tucker | Review email from L. Fisher re case management deadlines | $ 600.00 | 0.3 | $ 180.00 |
| 5/5/2022 | K. Tucker | Email to L. Fisher re case management deadlines | $ 600.00 | 0.2 | $ 120.00 |
| 5/5/2022 | K. Tucker | Review L. Fisher email to D. Ziegler re case management deadlines and notice of settlement | $ 600.00 | 0.2 | $ 120.00 |
| 5/6/2022 | K. Tucker | Review D. Ziegler email to L. Fisher re case management deadlines and notice of settlement | $ 600.00 | 0.1 | $ 60.00 |
| 5/6/2022 | L. Fisher | Review draft class action settlement agreement | $ 600.00 | 1.25 | $ 750.00 |
| 5/9/2022 | K. Tucker | Review/revise/approve L. Fisher's draft Notice of Class Action Settlement | $ 600.00 | 0.2 | $ 120.00 |
| 5/9/2022 | K. Tucker | Conference with L. Fisher re potential resolution | $ 600.00 | 0.5 | $ 300.00 |
| 5/13/2022 | K. Tucker | Review L. Fisher email to D. Ziegler re case management deadlines | $ 600.00 | 0.1 | $ 60.00 |
| 5/13/2022 | K. Tucker | Review S. Cerrone email re case management deadlines | $ 600.00 | 0.1 | $ 60.00 |
| 5/16/2022 | K. Tucker | Email to L. Fisher and S. Cerrone re case management deadlines | $ 600.00 | 0.1 | $ 60.00 |
| 5/16/2022 | K. Tucker | Review/revise/approve L. Fisher's draft Status Update | $ 600.00 | 0.4 | $ 240.00 |
| 5/16/2022 | K. Tucker | Review L. Fisher email re Status Report | $ 600.00 | 0.1 | $ 60.00 |
| 5/16/2022 | K. Tucker | Review/Save ECF 17. Status Report | $ 600.00 | 0.2 | $ 120.00 |
| 5/16/2022 | K. Tucker | Prepare/file Notice of Appearance | $ 600.00 | 0.3 | $ 180.00 |
| 5/16/2022 | L. Fisher | Draf and file Status reprt | $ 600.00 | 0.5 | $ 300.00 |
| 5/31/2022 | K. Tucker | Review L. Fisher email re progress of case | $ 600.00 | 0.1 | $ 60.00 |
| 5/31/2022 | K. Tucker | Email to S. Cerrone re progress | $ 600.00 | 0.2 | $ 120.00 |
| 6/1/2022 | K. Tucker | Review email from S. Cerrone re update | $ 600.00 | 0.1 | $ 60.00 |
| 6/1/2022 | K. Tucker | Email to S. Cerrone re conference call | $ 600.00 | 0.1 | $ 60.00 |
| 6/3/2022 | K. Tucker | 408 conference call with L. Fisher and S. Cerrone | $ 600.00 | 1 | $ 600.00 |
| 6/3/2022 | K. Tucker | Review/revise L. Fisher's draft Notice of Class Action Settlement | $ 600.00 | 0.2 | $ 120.00 |
| 6/3/2022 | K. Tucker | Email to L. Fisher re Notice of Class Action Settlement | $ 600.00 | 0.1 | $ 60.00 |

| Date | Attorney | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/3/2022 | K. Tucker | Review/save ECF 19. Notice of Class Action Settlement | $ 600.00 | 0.1 | $ 60.00 |
| 6/3/2022 | L. Fisher | Phone conference with counsel for Defendant | $ 600.00 | 0.5 | $ 300.00 |
| 6/6/2022 | K. Tucker | Review/save ECF 20. Order Staying Case | $ 600.00 | 0.1 | $ 60.00 |
| 6/8/2022 | L. Fisher | Draft amd circulate for review Notice of Settlement; file same | $ 600.00 | 0.75 | $ 450.00 |
| 6/22/2022 | L. Fisher | emails re possible glitch in settlement | $ 600.00 | 0.5 | $ 300.00 |
| 6/28/2022 | K. Tucker | Review D. Ziegler 408 email | $ 600.00 | 0.2 | $ 120.00 |
| 6/28/2022 | K. Tucker | 408 email to D. Zigler | $ 600.00 | 0.3 | $ 180.00 |
| Jun-22 | L. Fisher | email re status of settlement | $ 600.00 | 0.1 | $ 60.00 |
| 6/29/2022 | K. Tucker | Email to D. Ziegler re class | $ 600.00 | 0.3 | $ 180.00 |
| 6/29/2022 | L. Fisher | emails tweaking settlement | $ 600.00 | 0.3 | $ 180.00 |
| 7/1/2022 | K. Tucker | Review email from D. Ziegler re class | $ 600.00 | 0.1 | $ 60.00 |
| 7/1/2022 | K. Tucker | Email to D. Ziegler re class | $ 600.00 | 0.1 | $ 60.00 |
| 7/17/2022 | K. Tucker | Review email from L. Fisher re ECF 20 | $ 600.00 | 0.2 | $ 120.00 |
| 7/18/2022 | K. Tucker | Email to L. Fisher re ECF 20 deadlines | $ 600.00 | 0.1 | $ 60.00 |
| 7/18/2022 | K. Tucker | Email to L. Fisher re draft class action settlement agreement | $ 600.00 | 0.1 | $ 60.00 |
| 7/18/2022 | K. Tucker | Review draft settlement agreement prepared by L. Fisher | $ 600.00 | 2 | $ 1,200.00 |
| 7/18/2022 | K. Tucker | Review L. Fisher email re draft settlement agreement | $ 600.00 | 0.2 | $ 120.00 |
| 7/18/2022 | K. Tucker | Review/save ECF 21. Status Report | $ 600.00 | 0.1 | $ 60.00 |
| 7/18/2022 | K. Tucker | Email to D. Ziegler, S. Cerrone, and L. Fisher re ECF 20 | $ 600.00 | 0.2 | $ 120.00 |
| 7/18/2022 | K. Tucker | Email to D. Ziegler, S. Cerrone, and L. Fisher re ECF 20 | $ 600.00 | 0.1 | $ 60.00 |
| 7/18/2022 | K. Tucker | Review D. Ziegler email re progress | $ 600.00 | 0.1 | $ 60.00 |
| 7/18/2022 | L. Fisher | further revisions to class settlement agreement reveiwed and emails re same, as well as status report | $ 600.00 | 0.5 | $ 300.00 |
| 7/19/2022 | K. Tucker | Review/save ECF 22. Order | $ 600.00 | 0.1 | $ 60.00 |
| 8/3/2022 | K. Tucker | Review L. Fisher email to D. Ziegler re ECF 22 | $ 600.00 | 0.1 | $ 60.00 |
| 8/4/2022 | K. Tucker | Review S. Cerrone email re progress | $ 600.00 | 0.1 | $ 60.00 |
| 8/4/2022 | K. Tucker | Email to S. Cerrone re status report | $ 600.00 | 0.2 | $ 120.00 |
| 8/4/2022 | L. Fisher | follow up emails re status of final class settlement agreement | $ 600.00 | 0.25 | $ 150.00 |
| 8/9/2022 | K. Tucker | Review email from D. Ziegler re progress | $ 600.00 | 0.1 | $ 60.00 |
| 8/10/2022 | K. Tucker | Review email from S. Cerrone re settlement website | $ 600.00 | 0.1 | $ 60.00 |
| 8/11/2022 | K. Tucker | Emali to S. Cerrone re settlement website | $ 600.00 | 0.3 | $ 180.00 |
| 8/12/2022 | K. Tucker | Review S. Cerrone email re conference call | $ 600.00 | 1 | $ 600.00 |
| 8/12/2022 | K. Tucker | Conference call with D. Ziegler and S. Cerrone re settlement website | $ 600.00 | 0.7 | $ 420.00 |
| 8/16/2022 | K. Tucker | Review S. Cerrone 408 email and draft status report | $ 600.00 | 0.3 | $ 180.00 |
| 8/16/2022 | K. Tucker | Preliminary review of defendant's proposed revisions to draft settlement agreement | $ 600.00 | 0.5 | $ 300.00 |
| 8/17/2022 | K. Tucker | Review/save ECF 23. Status Report | $ 600.00 | 0.1 | $ 60.00 |
| 8/17/2022 | K. Tucker | Review/Save ECF 24. Order | $ 600.00 | 0.1 | $ 60.00 |
| 8/17/2022 | K. Tucker | Email to S. Cerrone re status report | $ 600.00 | 0.1 | $ 60.00 |
| 8/17/2022 | L. Fisher | Review redlindes to class settlement agreement and status report | $ 600.00 | 1.25 | $ 750.00 |
| 8/24/2022 | K. Tucker | Email to S. Cerrone re accessiBe | $ 600.00 | 0.1 | $ 60.00 |

| Date | Attorney | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/25/2022 | K. Tucker | Review/revise Defendant's proposed revisions to class action settlement agreement; circulate to K. Abramowicz for review | $ 600.00 | 2.6 | $ 1,560.00 |
| 8/25/2022 | K. Tucker | Review/respond K. Abramowicz email re overlays | $ 600.00 | 0.2 | $ 120.00 |
| 8/25/2022 | K. Tucker | Review/respond to K. Abramowicz email re customer services | $ 600.00 | 0.4 | $ 240.00 |
| 8/25/2022 | K. Tucker | Review/revise K. Abramowicz proposed revisions to settlement agreement | $ 600.00 | 1.3 | $ 780.00 |
| 8/25/2022 | K. Tucker | 408 email to S. Cerrone with proposed revisoins to settlement agreement | $ 600.00 | 0.1 | $ 60.00 |
| 8/25/2022 | K. Abramowicz | Edit and Review Settlement Agreement | $600.00 | 2.5 | $ 1,500.00 |
| 8/25/2022 | K. Abramowicz | Emails to K. Tucker re Settlement Agreement | $600.00 | 1 | $ 600.00 |
| 9/7/2022 | K. Tucker | Email to S. Cerrone re progress | $ 600.00 | 0.1 | $ 60.00 |
| 9/7/2022 | K. Tucker | Review 408 email from S. Cerrone | $ 600.00 | 0.2 | $ 120.00 |
| 9/7/2022 | K. Tucker | 408 email to S. Cerrone | $ 600.00 | 0.3 | $ 180.00 |
| 9/7/2022 | K. Tucker | Review 408 email from S. Cerrone | $ 600.00 | 0.1 | $ 60.00 |
| 9/7/2022 | K. Tucker | 408 email to S. Cerrone | $ 600.00 | 0.1 | $ 60.00 |
| 9/14/2022 | S. Moore | Prepare Amended Class Action Complaint | $ 400.00 | 3.4 | $ 1,360.00 |
| 9/15/2022 | K. Tucker | Review end user testing for amended class action complaint | $ 600.00 | 0.6 | $ 360.00 |
| 9/15/2022 | K. Tucker | Review/revise draft amended class action complaint | $ 600.00 | 1 | $ 600.00 |
| 9/15/2022 | K. Tucker | Review/revise draft motion for leave to file ACAC | $ 600.00 | 0.2 | $ 120.00 |
| 9/15/2022 | K. Tucker | Review/revise proposed order for motion for leave | $ 600.00 | 0.1 | $ 60.00 |
| 9/15/2022 | K. Tucker | Prepare brief in support of motion for preliminary approval | $ 600.00 | 4.5 | $ 2,700.00 |
| 9/15/2022 | K. Tucker | Email to K. Abramowicz re brief in support of motion for preliminary approval | $ 600.00 | 0.2 | $ 120.00 |
| 9/15/2022 | K. Tucker | Review D. Ziegler 408 email | $ 600.00 | 0.3 | $ 180.00 |
| 9/15/2022 | K. Tucker | Prepare a response to D. Ziegler 408 and ciruclate to K. Abramowicz, S. Moore, and C. Steiger | $ 600.00 | 0.8 | $ 480.00 |
| 9/15/2022 | K. Tucker | Respond to D. Ziegler 408 email | $ 600.00 | 0.2 | $ 120.00 |
| 9/15/2022 | K. Abramowicz | Email K. Tucker re Preliminary Approval | $600.00 | 0.1 | $ 60.00 |
| 9/15/2022 | S. Moore | Prepare Amended Class Action Complaint | $ 400.00 | 1 | $ 400.00 |
| 9/15/2022 | S. Moore | Draft motion for leave to file ACAC | $ 400.00 | 0.8 | $ 320.00 |
| 9/15/2022 | S. Moore | Draft proposed order for motion for leave | $ 400.00 | 0.3 | $ 120.00 |
| 9/16/2022 | K. Tucker | Revise brief in support of motion for preliminary approval | $ 600.00 | 1.5 | $ 900.00 |
| 9/16/2022 | K. Tucker | Circulate revisions/updated brief in support of motion for preliminary approval to K. Abramowicz | $ 600.00 | 0.1 | $ 60.00 |
| 9/16/2022 | K. Tucker | Email to S. Cerrone requesting Defendant's consent to motion for leave to file amended class action complaint | $ 600.00 | 0.1 | $ 60.00 |
| 9/16/2022 | K. Tucker | Email to D. Ziegler and S. Cerron requesting defendant's consent to motion for leave to file ACAC | $ 600.00 | 0.1 | $ 60.00 |
| 9/20/2022 | K. Tucker | Finalize Motion for Leave to File ACAC, ACAC, and PO | $ 600.00 | 1 | $ 600.00 |
| 9/20/2022 | K. Tucker | File Motion for Leave to File ACAC, ACAC, and PO | $ 600.00 | 0.3 | $ 180.00 |
| 9/20/2022 | K. Tucker | Review/save ECF 25. MFL to to file ACAC | $ 600.00 | 0.1 | $ 60.00 |
| 9/20/2022 | K. Tucker | Review/save ECF 26. Order | $ 600.00 | 0.1 | $ 60.00 |
| 9/20/2022 | K. Tucker | Review/save ECF 27. ACAC | $ 600.00 | 0.1 | $ 60.00 |
| 9/20/2022 | L. Fisher | Review Amended Complaint and Motion to Amend Complaint | $ 600.00 | 1.3 | $ 780.00 |

| Date | Attorney | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 9/20/2022 | K. Abramowicz | Review and Edit Preliminary Approval Brief | $600.00 | 1.1 | $660.00 |
| 9/27/2022 | K. Tucker | 408 Email to D. Ziegler and S. Cerrone | $600.00 | 0.1 | $60.00 |
| 9/27/2022 | K. Tucker | Review S. Cerrone update email | $600.00 | 0.1 | $60.00 |
| 9/27/2022 | K. Tucker | Email to S. Cerrone suggesting the parties request a status conference if another extension is necessary | $600.00 | 0.2 | $120.00 |
| 9/30/2022 | K. Tucker | Review/save ECF 28. Stipulation | $600.00 | 0.1 | $60.00 |
| 9/30/2022 | K. Tucker | Review/respond D. Ziegler email re extension | $600.00 | 0.1 | $60.00 |
| 9/30/2022 | L. Fisher | Review Stipulation for Extension of Time to Answer | $600.00 | 0.25 | $150.00 |
| 10/7/2022 | K. Tucker | Email to S. Cerrone re progress | $600.00 | 0.1 | $60.00 |
| 10/10/2022 | K. Tucker | Email to S. Cerrone re progress | $600.00 | 0.1 | $60.00 |
| 11/4/2022 | K. Tucker | Review/respond to D. Ziegler 408 email | $600.00 | 0.3 | $180.00 |
| 11/4/2022 | K. Tucker | Prepare and circulate Status Report | $600.00 | 0.5 | $300.00 |
| 11/4/2022 | K. Tucker | File status report | $600.00 | 0.2 | $120.00 |
| 11/4/2022 | K. Tucker | Review/save ECF 29. Status Report | $600.00 | 0.1 | $60.00 |
| 11/4/2022 | K. Tucker | Review/save ECF 30. Status Report Order | $600.00 | 0.1 | $60.00 |
| 11/4/2022 | L. Fisher | Status Report | $600.00 | 0.1 | $60.00 |
| 11/7/2022 | K. Tucker | Review S. Cerrone 408 email and proposed revisions of settlement agreement | $600.00 | 0.5 | $300.00 |
| 11/8/2022 | K. Tucker | Review L. Fisher email re defendant's proposed revisions | $600.00 | 0.5 | $300.00 |
| 11/8/2022 | L. Fisher | Review further revisions to CASA | $600.00 | 0.5 | $300.00 |
| 11/9/2022 | K. Tucker | Email to L. Fisher re defendant's proposed revisions | $600.00 | 0.1 | $60.00 |
| 11/10/2022 | K. Tucker | Review/revise draft settlement agreement and 408 email to S. Cerrone | $600.00 | 1.5 | $900.00 |
| 11/10/2022 | K. Tucker | Review C. Steiger email re agreement | $600.00 | 0.1 | $60.00 |
| 11/10/2022 | K. Tucker | Review/respond L. Fisher email re agreement | $600.00 | 0.2 | $120.00 |
| 11/10/2022 | L. Fisher | Review addition revisions to CASS | $600.00 | 0.3 | $180.00 |
| 11/10/2022 | C. Steiger | began preparing memorandum in support of motion for class certification and preliminary approval | $400.00 | 5.1 | $2,040.00 |
| 11/11/2022 | K. Tucker | Preliminary review of draft brief in support of motion for preliminary approval | $600.00 | 0.5 | $300.00 |
| 11/11/2022 | K. Tucker | Review C. Steiger email and attachment re agreement | $600.00 | 0.5 | $300.00 |
| 11/11/2022 | C. Steiger | finished preparing memorandum in support of motion for class certification and preliminary approval; proofread and prepared tables of contents and authorities for same; emailed to K. Tucker for review | $400.00 | 7.2 | $2,880.00 |
| 11/14/2022 | K. Tucker | Finalize motion for preliminary approval, supporting brief, proposed order, notice plan, settlement agreement | $600.00 | 4.5 | $2,700.00 |
| 11/14/2022 | C. Steiger | prepared motion for class certification and preliminary approval, proposed order, and notice plan; made edits to memorandum in support of motion for class certification and preliminary approval; emailed all documents to K. Tucker for review and circulation | $400.00 | 6.2 | $2,480.00 |
| 11/15/2022 | K. Tucker | Circulate motion for preliminary approval, supporting brief, proposed order, notice plan, settlement agreement to L. Fisher for review/revision | $600.00 | 0.5 | $300.00 |

| Date | Attorney | Description | Rate | Hours | Total |
|---|---|---|---|---|---|
| 11/15/2022 | L. Fisher | Procure client's signature of Class Settlement Agreement | $ 600.00 | 0.25 | $ 150.00 |
| 11/15/2022 | C. Steiger | reviewed K. Tucker's edits to motion for class certification and preliminary approval and proposed order, and made additional edits to same | $ 400.00 | 0.5 | $ 200.00 |
| 11/17/2022 | K. Tucker | Review and incorporate C. Stieger updated resume | $ 600.00 | 0.2 | $ 120.00 |
| 11/17/2022 | C. Steiger | prepared resume to attach as exhibit 2 to motion for class certification and preliminary approval; emailed to K. Tucker | $ 400.00 | 1.7 | $ 680.00 |
| 11/18/2022 | K. Tucker | Review and incorporate S. Moore updated resume | $ 600.00 | 0.2 | $ 120.00 |
| 11/18/2022 | L. Fisher | Approval of Class Settlement | $ 600.00 | 1.25 | $ 750.00 |
| 11/18/2022 | S. Moore | Update resume and send to K. Tucker | $ 400.00 | 0.5 | $ 200.00 |
| 11/20/2022 | K. Tucker | Incorporate A. Murphy's signature page into settlement agreement document | $ 600.00 | 0.2 | $ 120.00 |
| 11/20/2022 | K. Tucker | Email to D. Ziegler and S. Cerrone with execution page | $ 600.00 | 0.2 | $ 120.00 |
| 11/21/2022 | K. Tucker | Review/respond to D. Ziegler email re status report | $ 600.00 | 0.1 | $ 60.00 |
| 11/21/2022 | K. Tucker | File status report | $ 600.00 | 0.2 | $ 120.00 |
| 11/21/2022 | K. Tucker | Review/save ECF 31. Status Report | $ 600.00 | 0.1 | $ 60.00 |
| 11/21/2022 | K. Tucker | Circulate motion for preliminary approval and supporting documents to D. Ziegler and S. Cerrone for defendant's consent | $ 600.00 | 0.5 | $ 300.00 |
| 11/21/2022 | K. Tucker | Email to all counsel re status report as alternative to preliminary approval motion | $ 600.00 | 0.2 | $ 120.00 |
| 11/22/2022 | K. Tucker | Review/save ECF 32. Order | $ 600.00 | 0.1 | $ 60.00 |
| 11/23/2022 | K. Tucker | Review/save ECF 33. Order | $ 600.00 | 0.1 | $ 60.00 |
| 11/28/2022 | K. Tucker | Email to S. Cerrone for update | $ 600.00 | 0.1 | $ 60.00 |
| 11/28/2022 | K. Tucker | Email to S. Cerrone for update | $ 600.00 | 0.1 | $ 60.00 |
| 11/28/2022 | K. Tucker | Emails to/from. S. Cerrone re defendant's unavailability and status report | $ 600.00 | 0.5 | $ 300.00 |
| 11/28/2022 | K. Tucker | File status report | $ 600.00 | 0.2 | $ 120.00 |
| 11/28/2022 | K. Tucker | Review/save ECF 34. Status Report | $ 600.00 | 0.1 | $ 60.00 |
| 11/29/2022 | K. Tucker | Review/save ECF 35. order | $ 600.00 | 0.1 | $ 60.00 |
| 12/2/2022 | K. Tucker | Review/save D. Humphries email re call-in instructions | $ 600.00 | 0.1 | $ 60.00 |
| 12/2/2022 | K. Tucker | Save Defendant's executed signature page | $ 600.00 | 0.2 | $ 120.00 |
| 12/2/2022 | K. Tucker | Email to L. Fisher re Murphy se-signing signature page | $ 600.00 | 0.1 | $ 60.00 |
| 12/5/2022 | K. Tucker | Review/save fully executed class action settlement agreement | $ 600.00 | 0.1 | $ 60.00 |
| 12/5/2022 | K. Tucker | Finalize motion for preliminary approval and all supporting documents; file | $ 600.00 | 2.0 | $ 1,200.00 |
| 12/5/2022 | K. Tucker | Review/save ECF 36. Motion to Certify and for Preliminary Approval | $ 600.00 | 0.2 | $ 120.00 |
| 12/5/2022 | K. Tucker | Review/Save ECF 37. Brief | $ 600.00 | 0.1 | $ 60.00 |
| 12/6/2022 | K. Tucker | Review/save ECF 38 Order | $ 600.00 | 0.1 | $ 60.00 |
| 12/6/2022 | L. Fisher | Review and calendar hearing on certification and approval | $ 600.00 | 0.25 | $ 150.00 |
| 12/8/2022 | K. Tucker | Review/respond to S. Cerrone email re timeline for final approval | $ 600.00 | 0.4 | $ 240.00 |
| 1/4/2023 | K. Tucker | Review/save ECF 39 Order | $ 600.00 | 0.1 | $ 60.00 |
| 1/4/2023 | L. Fisher | Review Court Order rescheduling to January 19, 2023 | $ 600.00 | 0.1 | $ 60.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/17/2023 | K. Tucker | Review/respond to D. Ziegler email re attendance at hearing | $ 600.00 | 0.2 | $ 120.00 |
| 1/17/2023 | C. Steiger | preparation for preliminary approval hearing: compared Le Sportsac settlement agreement to the Hundreds Is Huge settlement agreement, to highlight differences for court; prepared hearing outline; reviewed preliminary approval brief and amended complaint | $ 425.00 | 7.4 | $ 3,145.00 |
| 1/18/2023 | K. Tucker | Review/respond to D. Ziegler email re attendance at hearing | $ 600.00 | 0.1 | $ 60.00 |
| 1/18/2023 | K. Tucker | Review/save ECF 40 Motion | $ 600.00 | 0.1 | $ 60.00 |
| 1/18/2023 | K. Tucker | Review/comment C. Steiger hearing argument outline | $ 600.00 | 0.3 | $ 180.00 |
| 1/18/2023 | K. Tucker | Review/comment S. Moore hearing argument outline | $ 600.00 | 0.2 | $ 120.00 |
| 1/18/2023 | K. Tucker | Review/save ECF 41. order | $ 600.00 | 0.1 | $ 60.00 |
| 1/18/2023 | L. Fisher | Prepare for January 19 hearing | $ 600.00 | 0.3 | $ 180.00 |
| 1/19/2023 | L. Fisher | Attend hearing via zoom | $ 600.00 | 0.5 | $ 300.00 |
| 1/19/2023 | C. Steiger | travelled from Pittsburgh to Erie and back for preliiminary approval and class certification hearing | $ 425.00 | 4.4 | $ 1,870.00 |
| 1/19/2023 | S. Moore | Traveled to and from Erie, PA for the preliminary approval hearing | $ 425.00 | 4.4 | $ 1,870.00 |
| 1/19/2023 | S. Moore | Participated in oral argument for preliminary approval of the settlement agreement | $ 425.00 | 1.3 | $ 552.50 |
| 1/23/2023 | K. Tucker | Review/save ECF 43 | $ 600.00 | 0.1 | $ 60.00 |
| 1/23/2023 | K. Tucker | Review 1/19/23 hearing transcript | $ 600.00 | 0.4 | $ 240.00 |
| 1/24/2023 | K. Tucker | Review/save ECF 44. Memorandum Opinion | $ 600.00 | 0.4 | $ 240.00 |
| 1/24/2023 | K. Tucker | Review/save ECF 45. order | $ 600.00 | 0.1 | $ 60.00 |
| 1/24/2023 | K. Tucker | Review/save ECF 46. order | $ 600.00 | 0.1 | $ 60.00 |
| 1/24/2023 | L. Fisher | Review Court Memorandum Order Approving Class Certification and Preliminary Approval of Settlement Agfreement; notify client | $ 600.00 | 1.1 | $ 660.00 |
| 1/26/2023 | S. Moore | Drafted motion for final approval and supporting brief | $ 425.00 | 4.5 | $ 1,912.50 |
| 1/27/2023 | K. Tucker | Preliminary review of motion for final approval and supporting documents | $ 600.00 | 0.5 | $ 300.00 |
| 1/27/2023 | S. Moore | Finished drafting motion for final approval, brief in support, and proposed order | $ 425.00 | 6.2 | $ 2,635.00 |
| 2/23/2023 | K. Tucker | Emails to/from D. Ziegler and S. Cerrone re defendant's notice obligations | $ 600.00 | 0.5 | $ 300.00 |
| 2/23/2023 | K. Tucker | Review/approve defendant's motion for extension | $ 600.00 | 0.2 | $ 120.00 |
| 2/23/2023 | K. Tucker | Review/save ECF 47. Motion for Extension | $ 600.00 | 0.1 | $ 60.00 |
| 2/27/2023 | K. Tucker | Review/save ECF 48. Order | $ 600.00 | 0.1 | $ 60.00 |
| 2/27/2023 | K. Tucker | Review/respond to S. Cerrone email re publication on settlement website | $ 600.00 | 0.3 | $ 180.00 |
| 3/10/2023 | K. Tucker | Emails to/from D. Ziegler and S. Cerrone re defendant's notice obligations | $ 600.00 | 0.4 | $ 240.00 |
| 3/23/2023 | K. Tucker | Emails to/from D. Ziegler and S. Cerrone re defendant's notice obligations | $ 600.00 | 0.3 | $ 180.00 |
| 3/23/2023 | K. Tucker | Email to/from S. Ceronne re future accessibility inquiries | $ 600.00 | 0.2 | $ 120.00 |

| Date | Attorney | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/29/2023 | K. Tucker | Email to/from S. Cerrone re social media posts | $ 600.00 | 0.2 | $ 120.00 |
| 3/29/2023 | K. Tucker | Investigate accessibility of Defendant's notice posts and settlement website with S. Moore and C. Steiger | $ 600.00 | 1 | $ 600.00 |
| 3/29/2023 | K. Tucker | Review emails between S. Moore and S. Cerrone re accessibility of posts and settlement website | $ 600.00 | 0.4 | $ 240.00 |
| 3/30/2023 | K. Tucker | Review S. Moore email to S. Heasley re accessible documents | $ 600.00 | 0.1 | $ 60.00 |
| 3/30/2023 | S. Moore | Correspondence to S. Heasley re accessible documents | $ 425.00 | 0.5 | $ 212.50 |
| 3/31/2023 | K. Tucker | Email to S. Cerrone re accessiBe | $ 600.00 | 0.1 | $ 60.00 |
| 4/5/2023 | K. Tucker | Distribute email notice to advocacy organizations listed in class action settlement agreement, and others | $ 600.00 | 1.5 | $ 900.00 |
| 4/11/2023 | S. Moore | Prepared motion for fees and supporting brief | $ 425.00 | 4.5 | $ 1,912.50 |
| 4/12/2023 | S. Moore | Prepared declaration and proposed order for the motion for fees | $ 425.00 | 4.2 | $ 1,785.00 |
| 4/26/2023 | K. Tucker | Review/respond to S. Cerrone email re notice declaration | $ 600.00 | 0.2 | $ 120.00 |
| 4/28/2023 | K. Tucker | Review/approve Plaintiff's draft notice declaration | $ 600.00 | 0.2 | $ 120.00 |
| 4/28/2023 | K. Tucker | Review/save ECF 49 Declaration | $ 600.00 | 0.1 | $ 60.00 |
| 4/28/2023 | K. Tucker | Review/save ECF 50 Declaration | $ 600.00 | 0.1 | $ 60.00 |
| 4/28/2023 | C. Steiger | drafted and filed Declaration of Chandler Steiger Regarding Class Counsel's Compliance with the Court's January 24, 2023 and February 27, 2023 Orders | $ 425.00 | 1.8 | $ 765.00 |
| 5/2/2023 | S. Moore | Finalized motion for final approval papers | $ 425.00 | 6.5 | $ 2,762.50 |
| 5/3/2023 | K. Tucker | Preliminary review of final approval and fee motion papers | $ 600.00 | 0.5 | $ 300.00 |
| 5/3/2023 | S. Moore | Finalized motion for fees papers, and emailed to KT for review along with motion for final approval papers | $ 425.00 | 6.6 | $ 2,805.00 |
| 5/12/2023 | K. Tucker | Review/revise draft motion for final approval, brief, proposed order, motion for fees, brief, delcaration, proposed order | $ 600.00 | 5 | $ 3,000.00 |
| 5/12/2023 | K. Tucker | Email S. Cerrone to confirmed defendant's consent to relief sought in final approval motion and fee motion | $ 600.00 | 0.1 | $ 60.00 |
| 5/12/2023 | K. Tucker | Request K. Abramowicz, L. Fisher, S. Moore, and C. Steiger provide time entries for Murphy v. Le Sportsac | $ 600.00 | 0.1 | $ 60.00 |
| 5/13/2023 | L. Fisher | Review Motion for Attorneys' Fees, Brief and Declaration and Proposed Order | $ 600.00 | 1.5 | $ 900.00 |
| 5/13/2023 | L. Fisher | Review Motion for Final Approval, Brief and Proposed Order | $ 600.00 | 1.3 | $ 780.00 |
| 5/15/2023 | K. Tucker | Review S. Cerrone email re case management deadlines | $ 600.00 | 0.1 | $ 60.00 |
| 5/15/2023 | K. Tucker | Consolidate all attorney time into declaration exhibit | $ 600.00 | 0.4 | $ 240.00 |
| 5/15/2023 | K. Tucker | Finalize motion for fees, brief, and declaration to include all attorney time submitted by 5/15/23 | $ 600.00 | 0.7 | $ 420.00 |
| | | Total: | | 185.3 | $ 96,547.50 |