UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LE SPORTSAC, INC.,<br><br>Defendant. | Case No. 1:22-cv-00058-RAL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Anthony Hammond Murphy and Defendant Le Sportsac, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate that:

1. On July 6, 2023, the Court granted final approval of the parties' class action settlement agreement ("Order"). (Doc. 57.)

2. The Court's Order requires the Parties dismiss the lawsuit with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure no later than forty-five (45) days following the date of Final Approval and Defendant's payment of fees pursuant to the class action settlement agreement, whichever occurs later. (*Id.* at 12.)

3. The Court's Order also requires that the dismissal be made pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), such that the Court's dismissal order expressly retains the Court's jurisdiction to enforce the class action settlement agreement against all Parties. (*Id.*)

4. In light of the foregoing, the Parties hereby stipulate this action be DISMISSED with prejudice, and with each party bearing their own costs and fees incurred in connection with this action, except as provided in the Court's Order Granting Attorneys' Fees And Incentive

1

Award. (Doc. 58.)

     5.     This dismissal is made pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), such that the Court shall retain jurisdiction to enforce the class action settlement agreement against all Parties.

Respectfully Submitted,

| **Counsel for Plaintiff and Class:** | **Counsel for Defendant:** |
|---|---|
| /s/ *Stephanie Moore* | /s/ *J. David Ziegler* |
| Kevin W. Tucker (He/Him) (PA 312144) | J. David Ziegler, Esq. |
| Kevin J. Abramowicz (PA 320659) | Dickie, McCamey & Chilcote, P.C. |
| Chandler Steiger (She/Her) (PA 328891) | Two PPG Place, Suite 400 |
| Stephanie Moore (She/Her) (PA 329447) | Pittsburgh, PA 15222 |
| EAST END TRIAL GROUP LLC | dziegler@dmclaw.com |
| 6901 Lynn Way, Suite 215 | Tel. (412) 392-5358 |
| Pittsburgh, PA 15208 | |
| Tel. (412) 877-5220 | Shannan Noe Cerrone, Esq. |
| ktucker@eastendtrialgroup.com | Dickie, McCamey & Chilcote, P.C. |
| kabramowicz@eastendtrialgroup.com | Two PPG Place, Suite 400 |
| csteiger@eastendtrialgroup.com | Pittsburgh, PA 15222 |
| smoore@eastendtrialgroup.com | scerrone@dmclaw.com |
| | Tel. (412) 392-5623 |
| Lawrence H. Fisher (PA 67667) | |
| One Oxford Centre | |
| 301 Grant Street, Suite 270 | |
| Pittsburgh, PA 15219 | |
| Tel. (412) 577-4040 | |
| lawfirst@lawrencefisher.com | |

## SO ORDERED.

The Stipulation of Dismissal is approved. The action is hereby dismissed with prejudice. Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), the Court shall retain jurisdiction to enforce the class action settlement agreement against all Parties

                                                                                        RICHARD A. LANZILLO
                                                                                        United States Magistrate Judge